# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0306
_____

Morris Demetrius Riley Jr.,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

June 21, 2024

Per Curiam.

Affirmed.

Lewis, Rowe, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.